564 A.2d 151

**COMMONWEALTH of Pennsylvania**

v.

**Andre CRADDOCK, Appellant.**

Supreme Court of Pennsylvania.

Argued April 14, 1989.

Decided Sept. 5, 1989.

Steven A. Morley, Philadelphia, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., George S. Leone, Philadelphia, for appellee.

492

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.